B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re: Douglas Van McGruder  
Mayrene Cabell McGruder

Case No. 14-32401  
Chapter 13  
Judge Daniel S. Opperman

Address: 1435 Westerrace Dr  
Flint, MI 48532

Social Security#: xxx-xx-3456  
Social Security#: xxx-xx-4360

Debtor(s) /

## CHAPTER 13 TRUSTEE'S NOTICE OF PROPOSED POST CONFIRMATION PLAN MODIFICATION

The Chapter 13 Standing Trustee, Carl L. Bekofske, has filed papers with the court to modify the Chapter 13 plan by providing notice that a post-petition proof of claim has been filed with the court; to allow for the administration of the post-petition proof of claim; and to allow for the administration of a future tax escrow via the Chapter 13 plan:

**That the Chapter 13 plan payments shall increase to $1,132.98 per month; from $750.00 per month** for the following reasons:

1. To allow for the payment of all duly filed claims per the terms of the confirmed Chapter 13 plan and for the administration, by the Trustee, of the post-petition claim filed by Genesee County Treasurer in the amount of $2,394.22 representing tax year 2014 concerning the real property located at 1435 Westerrace Dr; Flint, MI and parcel number 07-09-501-036 as identified by Claim# 25 pursuant to the Court's Claims Register.

2. **The Chapter 13 Trustee shall set up a tax escrow as a Class 4.1 secured Creditor in the amount of $209.49 per month in order to provide for the payment of future real property taxes** to the Flint Township Treasurer, Parcel No.: 07-09-501-036, address: 1435 Westerrace Dr; Flint, MI.

   **The Debtor will have the obligation to send all real property tax statements they receive to:**

   Carl L. Bekofske  
   Chapter 13 Trustee  
   400 N. Saginaw Street, Suite 331  
   Flint, MI 45202

3. In all other respects the plan and Order Confirming Plan as last modified remains in full force and effect.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case (if you do not have an attorney, you may wish to consult one).

If you do not want the court to **INCREASE THE PLAN PAYMENTS**, or if you want the court to consider your views on the modification; within 21 days, (then on or before <u>July 9, 2015</u>) you or your attorney must:

**File with the court a written response or answer, explaining your position at:***

        UNITED STATES BANKRUPTCY COURT
        226 W. Second Street
        Flint, Michigan  48502

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

        Carl L. Bekofske
        Standing Chapter 13 Trustee
        400 N. Saginaw Street, Suite 331
        Flint, MI  48502

**If a response or answer is timely filed and served, the clerk will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter and order granting that relief.

Dated:  June 12, 2015                /s/ Carl L. Bekofske
                                          Carl L. Bekofske (P10645)
                                          Chapter 13 Trustee
                                          400 N. Saginaw St., Ste. 331
                                          Flint, MI 48502
                                          810.238.4675
                                          ECF@flint13.com

*Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE: Douglas Van McGruder
Mayrene Cabell McGruder

Debtor(s)
_____ /

Case No. 14-32401
Chapter 13
Judge Daniel S. Opperman

## ORDER MODIFYING CHAPTER 13 PLAN

IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan payments shall increase to $1,132.98 per month.

IT IS FURTHER ORDERED that the Chapter 13 Trustee is authorized to pay the post- petition Proof of Claim of Genesee County Treasurer in the amount of $2,394.22 as identified as claim# 25 pursuant to the Court's Claims Register.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall set up a tax escrow as a Class 4.1 secured Creditor in the amount of $209.49 per month in order to provide for the payment of future real property taxes to the Flint Township Treasurer, Parcel No.: 07-09-501-036, address: 1435 Westerrace Dr; Flint, MI.

IT IS FURTHER ORDERED that the Debtor shall mail all real property tax statements they receive to:

    Carl L. Bekofske
    Chapter 13 Trustee
    400 N. Saginaw Street, Suite 331
    Flint, MI 45202

IT IS FURTHER ORDERED that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

**EXHIBIT "A"**

# WORKSHEET

1. Length of Plan is  60  months;  55  months remaining

2. Pre-Confirmation Plan Payments   $ 2,800.00

3. Post-Confirmation Plan Payments to date   $ 3,600.00

4. Proposed Post-Confirmation Plan Payments
     $ 1,132.98 x 55 / months   $ 62,313.90
     Tax Refunds  0%  committed to the plan   $ -
     Lump Sum Payment   $ -

5. Total to be Paid into Plan   Total of lines 1 through 4   $ 68,713.90

6. Estimated Trustee's fees = 5.5%   $ 3,779.26

7. Attorney Fees and Expenses
     Paid/Owed to Date   $ 3,500.00
     Estimated Post-Confirmation thru Plan Duration   $ -
     Clerk of the Court (filing fee)   $ -

8. Total Mortgage and Other Continuing Debt Payments   $ -

9. Total Secured Claims, including Interest

| Creditor | Principal | | Interest | | Total |
|---|---|---|---|---|---|
| Ally Financial | $ 11,280.30 prin | + | $ 782.11 int (3.75%) | $ | 12,062.41 |
| Capital One Auto Finance | $ 7,533.98 prin | + | $ 287.21 int (3.75%) | $ | 7,821.19 |
| Internal Revenue Service | $ 6,045.00 prin | + | $ 534.28 int (3%) | $ | 6,579.28 |
| Genesee County Treasurer | $ 6,755.39 prin | + | $ 5,222.25 int (18%) | $ | 11,977.64 |
| Genesee County Treasurer | $ 2,251.67 prin | + | $ 1,153.70 int (12%) | $ | 3,405.37 |
| Genesee County Treasurer | $ 2,394.22 prin | + | $ 1,035.00 int (12%) | $ | 3,429.22 |

10. Priority Claims   $ -

11. Tax Escrow
      Flint Township Treasurer   $ - pd + $ 1,256.94 due   $ 1,256.94
      *1435 Westerrace Dr*   $ 209.49 x 55 months remaining   $ 11,521.95

12. Total Disbursements other than to Unsecured Creditors   Total of lines 6 through 11   $ 65,333.26

13. Funds Estimated to be available for Unsecured Creditors   $ 3,380.64

14. Amount to pay unsecured claims:   $ 62,356.57 filed x 5.4% per plan/OCP   $ 3,380.43

## FEASIBILITY and NEW PAYMENT WORKSHEET

1. Length of Plan   60

2. Number of Months Since Confirmation   5

3. Months Remaining   55

4. Debtor's Current Plan Payment   $ 750.00 per month

5. BASE PLAN - Estimated Amount to Unsecured Creditors   $ 3,380.43

6. Unsecured Creditor Claims filed/allowed   $ 62,356.57

7. Estimated percentage to pay unsecured claims   5.4%

At the current plan payment(s), the base will be met in __56__ more months BUT __n/a__ is still owed on the monthly mortgage pmt and only __n/a__ of mortgage arrears, __56%__ of secured and __n/a__ of priority claims are paid.

**IF Unsecured Creditors receive the estimated** __5.4%__ or $ 3,380.43

New plan payment   $ 1,132.98 / month

Plan pmt to increase by   $ 382.98 per month

**IF the amount to unsecured creditors was reduced to** __1%__ or $ 623.57

New plan payment   $ 1,082.86 / month

Plan pmt to increase by   $ 332.86 per month

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE: Douglas Van McGruder
Mayrene Cabell McGruder

Debtor(s)
_____/

Case No. 14-32401
Chapter 13
Judge Daniel S. Opperman

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015; I served the following paper:

**Chapter 13 Trustee's Notice of Proposed Post Confirmation Plan Modification with proposed Order Modifying Chapter 13 Plan**

On the following parties at these addresses by the United States Postal Service:

> Douglas Van McGruder
> Mayrene Cabell McGruder
> 1435 Westerrace Dr
> Flint, MI 48532

And the following parties were served by electronic mail notice (ECF System):

> jrowe@debtstopper.com

/s/ Tenee Smith
Chapter 13 Trustee's Office
400 N. Saginaw St, Suite 331
Flint, MI 48502
Ph: (810) 238-4675
Email: tsmith@flint13.com