UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION AT FLINT

In re: Douglas Van McGruder
Mayrene Cabell McGruder

Address: 1435 Westerrace Dr
Flint, MI 48532

Case No. 14-32401
Chapter 13
Judge Daniel S. Opperman

Social Security#: xxx-xx-3456
Social Security#: xxx-xx-4360

_____ Debtor(s) __ /

## NOTICE OF PROPOSED MODIFICATION TO CHAPTER 13 PLAN

The Chapter 13 Trustee has filed papers with the court to modify the Chapter 13 Plan to:

__X__ Decrease plan payments to $750.00 per month so as to remove the tax escrow created by the Order Modifying Plan entered on July 20, 2015 for the reason the mortgagee has advanced the property taxes as evidenced by the Notice of Post petition Mortgage Fees, Expenses and Charges.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to **DECREASE THE PLAN PAYMENTS**, or if you want the court to consider your views on the modification; within 21 days, (then on or before October 28, 2015) you or your attorney must:

**File with the court a written response or answer, explaining your position at:***

UNITED STATES BANKRUPTCY COURT
226 W. Second Street
Flint, Michigan 48502

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

Carl L. Bekofske
Standing Chapter 13 Trustee
400 N. Saginaw Street, Suite 331
Flint, MI 48502

**If a response or answer is timely filed and served, the clerk will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter and order granting that relief.

Dated: October 2, 2015

/s/ Carl L. Bekofske
Carl L. Bekofske (P10645)
Chapter 13 Trustee
400 N. Saginaw St., Ste. 331
Flint, MI 48502
810.238.4675
ECF@flint13.com

*Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION AT FLINT

IN RE: Douglas Van McGruder
       Mayrene Cabell McGruder
           Debtor(s)
_____/

Case No. 14-32401
Chapter 13
Judge Daniel S. Opperman

## ORDER MODIFYING POST CONFIRMATION PLAN

IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan payments shall decrease to $750.00 per month.

IT IS FURTHER ORDERED that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION AT FLINT

IN RE: Douglas Van McGruder
      Mayrene Cabell McGruder
      Debtor(s)
_____/

Case No. 14-32401
Chapter 13
Judge Daniel S. Opperman

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015; I served the following paper:

**Notice of Proposed Modification to Chapter 13 Plan with proposed Order Modifying Chapter 13 Plan.**

On the following parties at these addresses by the United States Postal Service:

    Douglas Van McGruder
    Mayrene Cabell McGruder
    1435 Westerrace Dr
    Flint, MI 48532

And the following parties were served by electronic mail notice (ECF System):

    jrowe@debtstopper.com

                                          /s/ Tenee Smith
                                          Chapter 13 Trustee's Office
                                          400 N. Saginaw St, Suite 331
                                          Flint, MI 48502
                                          Ph: (810) 238-4675
                                          Email: tsmith@flint13.com