UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | | |
|---|---|---|
| In re: | Douglas Van McGruder | Case No. 14-32401 |
| | Mayrene Cabell McGruder | Chapter 13 |
| | | Judge Daniel S. Opperman |
| Address: | 1435 Westerrace Dr | |
| | Flint, MI 48532 | |

Social Security#: xxx-xx-3456
Social Security#: xxx-xx-4360

_____ Debtor(s) __ /

## CHAPTER 13 TRUSTEE'S NOTICE OF PROPOSED POST CONFIRMATION PLAN MODIFICATION

The Chapter 13 Standing Trustee, Carl L. Bekofske, has filed papers with the court to modify the Chapter 13 plan by providing notice that a post-petition proof of claim has been filed with the court; to allow for the administration of the post-petition proof of claim; and to allow for the administration of a future tax escrow via the Chapter 13 plan. The modification shall become effective when the court enters an order approving the plan modification and will cause no adverse impact to the creditors.

1. To allow for the payment of all duly filed claims per the terms of the confirmed Chapter 13 plan and for the administration, by the Trustee, of the post-petition claim filed by Genesee County Treasurer in the amount of $2,099.31 representing tax year 2015 concerning the real property located at 1435 Westerrace Dr; Flint, MI and parcel number 07-09-501-036 as identified by Claim# 26 pursuant to the Court's Claims Register.

2. **The Chapter 13 Trustee shall set up a tax escrow as a Class 4.1 secured Creditor in the amount of $160.00 per month in order to provide for the payment of future real property taxes** to the Township of Flint, Parcel No.: 07-09-501-036, address: 1435 Westerrace Dr; Flint, MI.

   **The Debtor will have the obligation to send all real property tax statements they receive to**:
   Carl L. Bekofske
   Chapter 13 Trustee
   400 N. Saginaw Street, Suite 331
   Flint, MI 45202

3. In all other respects the plan and Order Confirming Plan as last modified remains in full force and effect.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to **PAY THE CLAIM** and **ESTABLISH A TAX ESCROW**, or if you want the court to consider your views on the modification; within 21 days, (then on or before November 15, 2016) you or your attorney must:

**File with the court a written response or answer, explaining your position at:**\*

> UNITED STATES BANKRUPTCY COURT
> 226 W. Second Street
> Flint, Michigan   48502

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

> Carl L. Bekofske
> Standing Chapter 13 Trustee
> 400 N. Saginaw Street, Suite 331
> Flint, MI  48502

**If a response or answer is timely filed and served, the clerk will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter and order granting that relief.

Dated: October 25, 2016            /s/ Carl L. Bekofske
                                   Carl L. Bekofske (P10645)
                                   Chapter 13 Trustee
                                   400 N. Saginaw St., Ste. 331
                                   Flint, MI 48502
                                   810.238.4675
                                   ECF@flint13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE: Douglas Van McGruder  Case No. 14-32401
Mayrene Cabell McGruder  Chapter 13
  Judge Daniel S. Opperman

  Debtor(s)
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

**IT IS HEREBY ORDERED** that the Chapter 13 Trustee is authorized to pay the post-petition Proof of Claim of Genesee County Treasurer in the amount of $2,099.31 as identified as claim# 26 pursuant to the Court's Claims Register.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall set up a tax escrow as a Class 4.1 secured Creditor in the amount of $160.00 per month in order to provide for the payment of future real property taxes to the Township of Flint, Parcel No.: 07-09-501-036, address: 1435 Westerrace Dr; Flint, MI.

**IT IS FURTHER ORDERED** that the Debtor shall mail all real property tax statements they receive to:
  Carl L. Bekofske
  Chapter 13 Trustee
  400 N. Saginaw Street, Suite 331
  Flint, MI 45202

**IT IS FURTHER ORDERED** that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| IN RE: Douglas Van McGruder<br>Mayrene Cabell McGruder<br><br>Debtor(s)<br>_____/ | Case No. 14-32401<br>Chapter 13<br>Judge Daniel S. Opperman |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2016; I served the following paper:

**Chapter 13 Trustee's Notice of Proposed Post Confirmation Plan Modification with proposed Order Modifying Chapter 13 Plan**

On the following parties at these addresses by the United States Postal Service:

    Douglas Van McGruder
    Mayrene Cabell McGruder
    1435 Westerrace Dr
    Flint, MI  48532

And the following parties were served by electronic mail notice (ECF System):

    jrowe@debtstopper.com

                                            /s/ Tenee Smith
                                            Chapter 13 Trustee's Office
                                            400 N. Saginaw St, Suite 331
                                            Flint, MI  48502
                                            Ph: (810) 238-4675
                                            Email: tsmith@flint13.com